UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENYATTA TURPIN, : | CIVIL ACTION NO. 3:13-2465 |
| Petitioner : | |
| v. : | (JUDGE MANNION) |
| GERALD L. ROZUM, : | |
| Superintendent, | |
| : | |
| Respondent | |
| : | |

## **O R D E R**

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report and recommendation of Magistrate Judge Mehalchick, **(Doc. No. 5)**, is **ADOPTED** in its entirety;

**(2)** the Clerk of Court is directed to **TRANSFER** the instant action to the United States District Court for the Eastern District of Pennsylvania; and

**(3)** the Clerk of Court is directed to **CLOSE** the instant case file.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: December 4, 2013**

O:\Mannion\shared\MEMORANDA - DJ\2013 MEMORANDA\13-2465-01-ORDER-.wpd